## Gindele *v.* J.L. Bar, Inc., Appellant.

Argued March 22, 1966.
*Michael Shekmar,* for appellant; *Alan R. Squires,* with him *Jacob B. Abrams,* for appellees.

Order affirmed.

SPAULDING, J., took no part in the consideration or decision of this case.